UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                      Plaintiff,

        -against-

CBN, INC., et al.,

                   Defendants.

25-CV-08276 (MMG)

**<u>ORDER</u>**

MARGARET M. GARNETT, United States District Judge:

Plaintiff's motion at Dkt. No. 9 is GRANTED. The deadline for the parties to submit a joint letter in accordance with the Court's October 8, 2025 Order (*see* Dkt. No. 5) is extended to **January 14, 2026**.

It is further ORDERED that the previously ordered stay of Defendant's time to answer the Complaint (*see* Dkt. No. 5) is LIFTED. Defendants shall answer or otherwise respond to the Complaint by **January 14, 2026**, which deadline shall be automatically extended to February 13, 2026 if the parties submit a joint letter in accordance with the instruction above.

Plaintiff shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **by December 3, 2025**, and shall file proof of such service **by December 4, 2025**.

It is further ORDERED that if Defendants do not join in the submission of the required letter, respond to the Complaint, or otherwise appear in this case by **January 14, 2026**, then by **January 23, 2026**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at [GarnettNYSDChambers@nysd.uscourts.gov](mailto:GarnettNYSDChambers@nysd.uscourts.gov).

In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **January 30, 2026**, and shall file proof of such service by **February 3, 2026**.

It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **February 13, 2026**.

If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of

termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated:  November 26, 2025
        New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge